Wayne Godare
Chapter 13 Bankruptcy Trustee
222 SW Columbia Street, Suite 1700
Portland, OR  97201
503.972.6300

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 313-31406-TMB13 |
| | ) |
| KARRINGTON J ADAMS | ) STATEMENT OF FAILURE TO COMPLY |
| DAISY M GRAHAM | ) WITH THE MODIFIED PLAN |
| | ) |
| Debtor(s). | ) |

Wayne Godare, Chapter 13 Bankruptcy Trustee ("Trustee"), represents as follows:

1. On **12-19-17** this court entered a Modified Plan requiring in paragraph 13, the debtor(s) are to complete the plan and payoff the case by **March 31, 2018**.
2. The Modified Plan stated that should debtor(s) fail to complete the plan and payoff the case by the required deadline the case would be dismissed without further hearing or notice.
3. The debtor(s) have failed to complete the plan and payoff the case by the required deadline.

**Therefore, Trustee respectfully requests the Court enter an Order dismissing this case for failure to comply with the strict compliance language in the modified plan.**

/s/ Wayne Godare
Wayne Godare, Trustee

I certify Trustee served a copy of this document on debtors by mail, at debtor's address as listed in the Court records, on May 4, 2018.  I further certify that the debtor's attorney was served electronically via ECF on May 4, 2018.

/s/ Hung Ng

1 STATEMENT OF FAILURE TO COMPLY WITH MODIFIED PLAN